FILED
CLERK, U.S. DISTRICT COURT
DEC - 6 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 09-1127-RGK |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| MARLON RAMOS, ) | [Fed.R.Crim.P. 32.1(a)(6); |
| Defendant. ) | 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of (his)/her [probation] [[supervised release]]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>nature of alleged violation; substance abuse issues; absence of bail resources</u>

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _Substance abuse issues and criminal record._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/6/13

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE